UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ADRINE WASHINGTON, *individually and as a representative of the classes*,

                    Plaintiff,

-against-

STERLING INFOSYSTEMS, INC.,

                    Defendant.

------------------------------------------------------------x

ORDER

18 Civ. 4320 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       September 25, 2018

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge